UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES RANDOLPH, | ) | 3:13-cv-00148-RCJ-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | re Plaintiff's Motion for Issuance of Subpoena Duces Tecum and Leave to Serve Same via Certified Mail Upon Third Party |
| THE STATE OF NEVADA, ex rel, NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | Doc. # 52 |
| Defendants. | ) | |

Before the court is Plaintiff's Motion for Issuance of Subpoena Duces Tecum and Leave to Serve Same via Certified Mail Upon Third Party. (Doc. # 52.) Defendants State of Nevada filed a Non-Opposition to Plaintiff's motion. (Doc. # 53.)[1]

Plaintiff's motion requests two-fold relief from this court. First, Plaintiff seeks an order directing that this court issue a subpoena duces tecum upon former Defendant Embarq Pay Phone Services, Inc. ("Embarq"). This component of Plaintiff's motion is **GRANTED**. The Clerk's Office is directed to send Plaintiff a subpoena duces tecum issued to Embarq Pay Phone Services, Inc.

The second component of the motion requests that this court authorize service of Plaintiff's subpoena duces tecum upon Embarq by certified mail sent to Embarq's resident as identified in Exhibit 2 of Plaintiff's motion (Doc. # 52 at 12). Exhibit 2 appears to be an undated print-out from the Nevada Secretary of State's office. It identifies "The Corporation Trust Company of Nevada" as the resident agent for "Embarq Payphone Services, Inc."[2]  However, when the court conducted a business entity

---

[1] Defendant Embarq Pay Phone Services, Inc., was dismissed with prejudice from this litigation. The only remaining Defendants are those represented by Deputy Attorney General Benjamin Johnson.

[2] The court also notes that Plaintiff's Exhibit 2 reflects that Embarq Payphone Services, Inc.'s business licence expired on 10/31/2013.

1  search at the Nevada Secretary of State website (https://www.nvsilverflume.gov/businessSearch), the
2  website responded there were "no results for entity name search on Embarq Payphone Services, Inc."
3  *See,* Exhibit 1 hereto.

4  The Business Entity Information Plaintiff submitted (Exhibit 2; Doc. 52 at 12) for Embarq
5  Payphone Services, Inc., also contained a "Nevada Business I.D." of NV19971285398. The court
6  utilized the Nevada Secretary of State website's "Business ID" search capability. No results for a Nevada
7  Business ID with that number was located. *See*, Exhibit 2 hereto. Therefore, it does not appear Embarq
8  is presently a registered Nevada corporation, or that The Corporation Trust Company of Nevada is a
9  resident agent for Embarq.

10  The court is aware that there is a question whether service can be effected other than by personal
11  service or by delivery to the recipient's place of business. *See*, *Ott v. City of Milwaukee*, 682 F.3d 552,
12  557 (7th Cir. 2012) (personal service not required); *Hall v. Sullivan*, 229 F.R.D. 501 (D. Md. 2005)
13  (discussing split of authority). However, in view of the discrepancies surrounding Embarq's Nevada
14  corporate status or its resident agent, if any, the court at this time declines to specifically authorize
15  service in the mode Plaintiff has requested.

16  **IT IS SO ORDERED.**

17  DATED:  January 7, 2014.

18  _____
    WILLIAM G. COBB
19  UNITED STATES MAGISTRATE JUDGE

2

Home | About Ross | Calendar | News | FAQ | Forms | Contact Us

Search...

Home    Information Center    Election Center    Business Center    Licensing Center    Securities Center    Online Services

My Data Reports   Commercial Recordings   Licensing

## Nevada Business Search
\* Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

**Search by** [Entity Name ▾] [Embarq Payphone Services, Inc.]

☐ Include phonetic matches

**Sort by** [Relevance ▾]  ⦿ descending ○ ascending order

Search Tips

[ Search ]

No results for entity name search on "Embarq Payphone Services, Inc."

NOTE: This website has been tested to work with Microsoft Internet Explorer 7 or 8 and Mozilla Firefox 3 or greater.



Data in this system may be up to 15 minutes behind actual filings in the Secretary of State's office. In order to optimize the business search experience for all our customers, the automated and/or systematic collection of data from this website is strictly prohibited.

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

## Exhibit 1

http://nvsos.gov/sosentitysearch/CorpSearch.aspx    1/6/2014

| Home | About Ross | Calendar | News | FAQ | Forms | Contact Us |

Search...

| Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services |

My Data Reports   Commercial Recordings   Licensing

## Nevada Business Search
*Includes Trademarks, Trade Names, Service Marks, Reserved Names & Business Licenses

Search by [NV Business ID:  ▾] [NV19771285398]

☐ Include phonetic matches

Sort by [Relevance ▾]  ⦿ descending ◯ ascending order

Search Tips

[ Search ]

No results for NV business ID search on "NV19771285398"

NOTE: This website has been tested to work with Microsoft Internet Explorer 7 or 8 and Mozilla Firefox 3 or greater.



Data in this system may be up to 15 minutes behind actual filings in the Secretary of State's office. In order to optimize the business search experience for all our customers, the automated and/or systematic collection of data from this website is strictly prohibited.

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

## Exhibit 2