UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES RANDOLPH, | ) | 3:13-cv-00148-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 25, 2014 |
| | ) | |
| THE STATE OF NEVADA *ex rel* NEVADA DEPARTMENT OF CORRECTIONS, *et al* | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>     REPORTER:           <u>       FTR         </u>

COUNSEL FOR PLAINTIFF:  <u>None Appearing                                </u>

COUNSEL FOR DEFENDANTS:  <u>None Appearing                             </u>

**MINUTES OF THE COURT:**

　　Before the court is "Plaintiff's Motion for Issuance of Subpoena Duces Tecum" (Doc. # 134) and Plaintiff's "Motion to Extend Discovery and Related Deadlines" (Doc. # 135).  Plaintiff indicates the subpoena sent to him on November 4, 2014 is an incorrect version of the subpoena he requested to be issued at the October 28, 2014 hearing (Doc. # 132).  Mr. Randolph further seeks an extension of time to the current discovery deadlines (Doc. # 122) in view of what he characterizes as an inadvertent delay caused by the version of the subpoena being sent to him.

　　Plaintiff's Motion for Issuance of Subpoena Duces Tecum (Doc. # 134) is **GRANTED**.  The deputy clerk is directed to issue and send to Mr. Randolph the requested subpoena.  Plaintiff will be responsible for completing the subpoena and for service of the subpoena in accordance with the Federal Rules of Civil Procedure.

/ / /
/ / /
/ / /
/ / /
/ / /

Minutes of the Court
3:13-cv-00148-RCJ-WGC
November 25, 2014

      Plaintiff's Motion to Extend Discovery and Related Deadlines (Doc. # 135) is **GRANTED**. The following discovery deadlines are amended as follows:

>Discovery in this action shall be completed on or before Thursday, 1/8/2015.
>Discovery motions shall be filed and served no later than Friday, 1/23/2015.
>Dispositive motion shall be filed and served no later than Friday, 2/6/2015.
>The Joint Pre-Trial Order shall be filed no later than Monday, 3/9/2015.
>If a dispositive motion is filed, the Joint Pre-Trial Order shall be due **thirty (30) days** after a decision of the dispositive motion is entered.

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                                        By:         /s/
                                              Katie Lynn Ogden, Deputy Clerk